TOWNSHIP OF TEANECK, APPELLANT, v. STATE BOARD
OF TAX APPEALS ET AL., RESPONDENTS.

Argued May 26, 1933—Decided September 27, 1933.

For the appellant, *De Baun & Westervelt.*

For the respondents, *Stanton T. Lawrence.*

PER CURIAM.

The judgment under review herein should be affirmed, for
the reasons expressed in the opinion delivered by Mr. Justice
Parker in the Supreme Court, and reported in 110 *N. J. L.*
28.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, TREN-
CHARD, CASE, BODINE, DONGES, PERSKIE, VAN BUSKIRK,
KAYS, HETFIELD, DEAR, DILL, JJ. 12.

*For reversal*—None.